UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RUSSELL E. BURNS, ET AL.**,

    Plaintiffs,

    v.

**BRENEMAN, INC., ET AL.**,

    Defendants.

Case No. 14-cv-05228-YGR

**ORDER SETTING COMPLIANCE HEARING**

A compliance hearing regarding plaintiffs' filing of a motion for default judgment shall be held on Friday, June 19, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, plaintiffs shall file either: (a) their motion for default judgment; or (b) a one-page statement setting forth an explanation for their failure to comply. If compliance is complete, plaintiff need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if plaintiffs have submitted a statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 29, 2015

                                                                   **YVONNE GONZALEZ ROGERS**
                                                                   **UNITED STATES DISTRICT COURT JUDGE**